PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Brian Matthew Leatherbury     Cr.: 22-00654-001
                                                                                                                            PACTS #: 56277

Name of Sentencing Judicial Officer:    THE HONORABLE GEORGETTE CASTNER
                                                                                  UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 09/07/2010

Original Offense:     <u>Count One</u>: Conspiracy to Interfere with Interstate Commerce by Robbery, in violation of 18 U.S.C. § 1951(a), a Class C felony
<u>Count Two</u>: Interference with Interstate Commerce By Robbery, in violation of 18 U.S.C. § 1951, a Class C felony
<u>Count Three</u>: Carrying and Using a Firearm During a Crime of Violence, in violation of 18 U.S.C. § 1924(c), a Class A felony

Original Sentence: 48 months' imprisonment on Counts One and Two (concurrent) and 84 months' imprisonment on Count Three (consecutive to Counts One and Two) for a total of 132 months' imprisonment, 3 years' on Counts One and Two and 5 years' on Count Three of supervised release (concurrent)

Special Conditions: Financial Disclosure, No New Debt/Credit, Alcohol/Drug Treatment/Testing, Mental Health Treatment, Special Assessment, Fine, Other Condition

Type of Supervision: Supervised Release                     Date Supervision Commenced: 05/25/2022

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"Defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. Defendant shall submit to drug treatment as approved by the Court after receiving a recommendation by the U.S. Probation Office. Defendant shall abide by the rules of any program and remain in treatment until successfully discharged with approved of the Court."** |
| | On May 5, 2023, a home contact was conducted. The undersigned officer secured a urine specimen, which tested positive for marijuana and Suboxone. Leatherbury is currently prescribed Suboxone. Leatherbury admitted to smoking marijuana because his cousin was lost shortly after the birth of his son. |

Prob 12A – page 2
Brian Matthew Leatherbury

U.S. Probation Officer Action:
The Probation Office recommends no Court action be taken at this time. The Probation Office will continue to monitor Leatherbury's use of marijuana and other illicit substances through increased random urine screenings, by the Probation Office. In addition, Leatherbury's mental health and substance abuse program had to be change due to relocation. He has been referred and is awaiting a date for these assessments. If he continues to be non-compliant in any way, the Court will be notified immediately.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   ERIN A. DESILVA
      Senior U.S. Probation Officer

/ ead

APPROVED:

_____   5/8/2023
STEVEN ALFREY                     Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

5/8/23
Date